No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP.

C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motions of Chamber of Commerce of the United States, UNR Industries, Inc., Defense Research Institute, Inc., and Product Liability Advisory Council, Inc., et al. for leave to file briefs as *amici curiae* granted. JUSTICE POWELL took no part in the consideration or decision of these motions.